**Order filed December 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00897-CV
_____

### IN RE STEVE GRIFFITH IN HIS OFFICIAL CAPACITY, DOUGLAS BRINKLEY IN HIS OFFICIAL CAPACITY, SCOTT SCHULTZ IN HIS OFFICIAL CAPACITY, AND MARK GROTHAUS IN HIS OFFICIAL CAPACITY, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS AND WRIT OF INJUNCTION**
**434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-216856**

_____

## NO. 14-14-00900-CV
_____

### STEVE GRIFFITH IN HIS OFFICIAL CAPACITY, DOUGLAS BRINKLEY IN HIS OFFICIAL CAPACITY, SCOTT SCHULTZ IN HIS OFFICIAL CAPACITY, AND MARK GROTHAUS IN HIS OFFICIAL CAPACITY, Appellants

**COLLISION CLINIC, L.L.C., Appellee**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-216856**

---

**ORDER**

On November 5, 2014, Steve Griffith, Douglas Brinkley, Scott Schultz, and Mark Grothaus, all in their official capacity, filed a notice of appeal from the trial court's order signed November 5, 2014 denying the appellants' plea to the jurisdiction. That appeal was assigned to this court under our appellate case number 14-14-00900-CV.

On November 6, 2014, Steve Griffith, Douglas Brinkley, Scott Schultz, and Mark Grothaus, all in their official capacity, filed a petition for writ of mandamus and writ of injunction with this court, and filed a supplemental petition for writ of mandamus and writ of injunction on November 10, 2014. In their petition, relators ask this court to order the trial court to vacate an order denying relators' motion to stay the underlying proceedings pending the resolution of the appeal. The original proceeding has been assigned our case number 14-14-00897-CV.

Today, this court, on its own motion, **orders** the appeal and original proceeding **CONSOLIDATED**.

This court previously requested and has received a response to the petition for writ of mandamus and writ of injunction filed by real parties in interest Collision Clinic, L.L.C. and Hanna "John" Elias. The parties are advised that any existing deadlines in the pending appeal are not affected by this order.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.